IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Russ Forney,

*On Behalf Of Himself And Those Similarly Situated*,

Plaintiff,

v.

Wyoming Pizza, Inc., *et al.*,

Defendants.

Case No. 2:18-cv-87 (NDF)

---

PLAINTIFF'S UNOPPOSED MOTION FOR SETTLEMENT APPROVAL
AND FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

---

Pursuant to 29 U.S.C. § 216(b), Plaintiff asks the Court to grant approval of the parties' Settlement Agreement (attached as Exhibit 1), and to dismiss the case with prejudice, but retain jurisdiction to enforce the settlement agreement. The Settlement Agreement resolves the Fair Labor Standards Act collective action claims and state wage and hour law claims raised in this lawsuit on behalf of Plaintiff and 21 opt-in Plaintiffs.

Respectfully submitted,

*/s/ Andrew Kimble*
Andrew P. Kimble (pro hac vice)
Biller & Kimble, LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Telephone: (513) 715-8711
Facsimile: (614) 340-4620

akimble@billerkimble.com
www.billerkimble.com

Melinda S. McCorkle
Stephen H. Kline
Kline, McCorkle & Pilger, LLP
P.O. Box 1938
Cheyenne, WY 82003-1938
307-778-7056 (Phone)
307-635-8106 (Fax)
www.klinewyolaw.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*s/Andrew Kimble*
Andrew Kimble